UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-CR-20383-UNGARO

UNITED STATES OF AMERICA,
    Plaintiff,

v.

**NOTICE OF TEMPORARY APPEARANCE AS COUNSEL**

ERIK ALONSO
    Defendant.
_____/

COMES NOW __Luis Fernandez__ and files this temporary appearance as counsel for the above named defendant(s) at initial appearance. This appearance is made with the **understanding** that the undersigned counsel will fulfill any **obligations imposed** by the Court such as **preparing and filing documents** necessary to collateralize any personal surety bond which may be set.

Counsel's Name (**Printed**): Luis Fernandez
Counsel's Signature: _[signature]_
Address (include City/State/Zip Code):

Telephone: 305-854-5955   Florida Bar Number: 271578
Date: 6/15/15