# COURT MINUTES

## Magistrate Judge Alicia M. Otazo-Reyes

Atkins Building Courthouse - 10th Floor     Date: 6/22/15     Time: 10:00 a.m.

Defendant: SANTIAGO BORGES    J#: 08020-104    Case #: 15-20383-CR-UNGARO

AUSA: Ann McNamara    Attorney: Richard Diaz - perm

Violation: HEALTH CARE FRAUD

Proceeding: BOND HEARING     CJA Appt: ___

Bond/PTD Held: ☐ Yes ☒ No    Recommended Bond: $250K CSB NEBBIA & $1MILLION PSB/NEBBIA

Bond Set at: 1 million 10% Nebbia + 3 million PSB w/co-signers (Stip)    Co-signed by: wife, mother, father, son & daughter

- [x] Surrender and/or do not obtain passports/travel docs
- [x] Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- [x] Random urine testing by Pretrial Services ✓ Treatment as deemed necessary —
- [x] Refrain from excessive use of alcohol/narcotics w/o prescription
- [ ] Participate in mental health assessment & treatment
- [ ] Maintain or seek full-time employment/education
- [x] No contact with victims/witnesses + list provided to Deft from Gov't
- [x] No firearms — to Rick Diaz, Esq.
- [x] Not to encumber property/above 7,500 - not to transfer assets - Defts + co-signers w/o permission from the U.S.
- [x] May not visit transportation establishments
- [x] Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by Deft
- [x] Allowances: Medical needs, court appearances, attorney visits, religious, ~~employment~~ —
- [ ] Travel extended to:
- [x] Other: financial conditions as stated on the record, not to work in Healthcare Field

Language: Spanish

Disposition:
*Carlos Santisteban, Jr., Esq. — Temp*
*RRC/Arraignment set for 6/26/15*

The U.S. changed bond request
Defense Counsel filed a permanent notice of appearance
Not Guilty plea entered
Pending indictment
Waiver of jury trial demanded
Standing Discovery Order requested

Landline already installed

Appeals colloquy conducted

NEXT COURT APPEARANCE    Date:    Time:    Judge:    Place:

Report RE Counsel: ___
PTD/Bond Hearing: ___
Prelim/Arraign or Removal: ___
Status Conference RE: ___

D.A.R. 10:25:11     Time in Court: 5 min