UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-20383-cr-UU

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ERIK ALONSO

    Defendant.
_____/

## NEBBIA STIPULATION AND ORDER

On __6/22/15__, the Honorable Alicia M. Otazo-Reyes, United States Magistrate Judge, set conditions of release for Defendant __ERIK ALONSO__, which included a __50,000  10% BOND__, and imposed a Nebbia requirement.
    (corporate surety bond) (percentage bond)

The parties have agreed that the __$5000.00/100__ being used to satisfy the
    (funds and/or collateral)

bond are from the following source(s) and are not illegally derived:

1. The collateral is __Funds from Saving Account of Yenik Dominguez, sister__.
    (provide address and owner of property, and relationship to defendant)

2. The __$5000.00/100__ is being paid by
    (premium for the bond/money being deposited into the registry of the Court)

__Yenik Dominguez__, who is __sister to Defendant__ The money was obtained from
    (state relationship to defendant) originally obtained

__sale of property in 1997. Subject property by sister was sold in February of 2014 and the proceed funds were used to open a Savings account in T.D. Bank Acct # ending in 7215__
(source of funds, e.g. savings from employment withdrawn from the X Bank, home equity line of credit, etc.).

__Robert Perez__      __Anne McNamara__
Counsel for Defendant      Counsel for Government
Dated: __6/22/15__      Dated: __6/22/15__

### ORDER

Based upon the stipulation of the parties and the information contained therein, the Court finds that the *Nebbia* condition has been satisfied, and that the bond to secure the release of the Defendant may be posted. DONE AND ORDERED on __6/22/15__, in Miami, Florida.

__Alicia Otazo-Reyes__
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE