UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO: 15-CR-20383-UNGARO/OTAZO-REYES

UNITED STATES OF AMERICA,

vs.

SANTIAGO BORGES,

Defendant.
_____/

**DEFENDANT SANTIAGO BORGES'**
**UNOPPOSED MOTION TO MODIFY CONDITIONS OF PRE-TRIAL RELEASE**

COMES NOW, the Defendant Santiago Borges ("Mr. Borges"), by and through his

undersigned counsel, and hereby files this Unopposed Motion to Modify Conditions of Pre-

Trial Release and in support thereof states as follows:

1.  On or about June 16, 2015, Mr. Borges was charged by indictment.

2.  On June 22, 2015 Mr. Borges appeared before Magistrate Otazo-Reyes wherein, by

stipulation of the parties, the following bond was set: a $1,000,000.000 personal surety bond,

10% with *Nebbia*; and a $3,000,000.00 personal surety bond co-signed by five (5) members of

Mr. Borges immediate family.

3.  Mr. Borges posted bond on June 23, 2015.

4.  Standard conditions of bond were set along with 24 hours home confinement with

electronic monitoring and no work in the health care field restriction.

1

5.  Prior to Mr. Borges' arrest he was employed by New Life, a private-pay cosmetic surgery establishment, located at 8400 SW 8th street, Miami, Florida 33144. New Life does not engage in the billing of Medicare, Medicaid or private insurance.

6.  Mr. Borges requests a modification of his pre-trial release allowing him to continue his employment at New Life.   Mr. Borges also request time allowances of Monday through Friday 8:00 a.m. until 6:00 p.m. to be able to engage in the above described employment.

7.  Undersigned counsel has spoken to Assistant United States Attorney Brendan Stewart who does not oppose this Motion.  This matter has also been discussed with pretrial services, who will be conducting periodic, unannounced, field visits to New Life.

## CONCLUSION

Mr. Borges respectfully this Court grant this Motion and any other relief the Court deems just and proper.

WHEREFORE, it is respectfully requested that this Court grant the relief requested herein.

Respectfully submitted,

/s/ Christine Santisteban__
Richard J. Diaz, Esq.
F.B.N. 0767697
e-mail: rick@rjdpa.com
Carlos Santisteban, Jr., Esq.
F.B.N. 70530
e-mail: carlos@csjrlaw.com
Christine Santisteban, Esq.
F.B.N. 112162
e-mail: christine@csjrlaw.com
3127 Ponce de Leon Blvd.
Coral Gables, FL  33134
Telephone: (305) 444-7181
Facsimile: (305) 444-8178

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed this 29th day of June, 2015 and served on all parties of record via with the EF/CMF system.

/s/ Christine Santisteban

By: _____

Richard J. Diaz, Esq.
Christine Santisteban, Esq.
Carlos Santisteban, Jr., Esq.
