# COURT MINUTES

Page 22

## Magistrate Judge Barry L. Garber

**King Building Courtroom 10-4**   Date: 7/1/15   Time: 10:00 a.m.

---

Defendant: 2) Damian Mayol   J#: Bond   Case #: 15-20383-Cr-Ungaro/Otazo-Reyes

AUSA: Ann McNamara   Attorney: Saam Zangeneh (Perm.)

Violation: Conspiracy/Health Care Fraud/Pay Health Care Kickbacks

Proceeding: Arraignment   CJA Appt:

Bond/PTD Held: ☐ Yes  ☐ No   Recommended Bond:

Bond Set at: Stip. $100K CSB w/Nebbia & $150K 10% PSB w/Nebbia   Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services ___ Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: Spanish ✓

Disposition:
- Deft arraignment
- SDO issued

**NEXT COURT APPEARANCE**   Date:   Time:   Judge:   Place:

Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:

D.A.R. 11:00:10   Time in Court: 1 minute