# COURT MINUTES
## Magistrate Judge Barry L. Garber

King Building Courtroom 10-4     Date: 7/1/15     Time: 10:00 a.m.

Defendant: 3) Cristina Alonso    J#: Bond    Case #: 15-20383-Cr-Ungaro/Otazo-Reyes
AUSA: Ann Namary    Attorney: Robert Perez (Temp.)
Violation: Conspiracy/Health Care Fraud/Wire Fraud/False Statements
Proceeding: RRC/ARR/Status Re: Bond    CJA Appt:
Bond/PTD Held: ☐ Yes ☐ No    Recommended Bond:
Bond Set at: $50K 10% PSB w/Nebbia, $500K PSB & $500K PSB (hrg held)   Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☒ Other: no employment in the medical billing

Language: English ✓

Disposition:
- Additional co-signer present
- The Special Condition of home confinement is modified; Curfew 10:00 p.m. to 6:00 a.m. w/ Electronic monitoring.

NEXT COURT APPEARANCE   Date:   Time:   Judge:   Place:
Report RE Counsel: 7/9/15
PTD/Bond Hearing:   10:00   Duty   Gianna
Prelim/Arraign or Removal: 7/9
Status Conference RE:
D.A.R. 11:00:54    Time in Court: 1 minute