# COURT MINUTES
Page 6

## Magistrate Judge William C. Turnoff

Atkins Building Courthouse - 11th Floor       Date: 7/09/15    Time: 10:00 a.m.

Defendant: 1) Erik Alonso    J#: 08021-104    Case #: 15-20383-Cr-Ungaro/Otazo-Reyes
AUSA: **Anne McNamara**    Attorney: **Robert M. Perez (Perm.)**
Violation: Conspiracy to Commit Health Care Fraud
Proceeding: Report RE: Counsel/Arraignment    CJA Appt:
Bond/PTD Held: ☐ Yes  ☐ No    Recommended Bond:
Bond Set at: $50K w/10% PSB w/Nebbia & $500K PSB & 500K PSB    Co-signed by:

☐ Surrender and/or do not obtain passports/travel docs
☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
☐ Random urine testing by Pretrial Services ___ Treatment as deemed necessary
☐ Refrain from excessive use of alcohol
☐ Participate in mental health assessment & treatment
☐ Maintain or seek full-time employment/education
☐ No contact with victims/witnesses
☐ No firearms
☐ Not to encumber property
☐ May not visit transportation establishments
☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
☐ Travel extended to: ___
☐ Other: ___

Language: English

Disposition: **Perm appearance filed in open court.**
**△ Arraigned:**
Reading of Indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

NEXT COURT APPEARANCE    Date:    Time:    Judge:    Place:
Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:
D.A.R. **10:27:36**    Time in Court: **2 mins.**