# COURT MINUTES

## Magistrate Judge William C. Turnoff

Atkins Building Courthouse - 11th Floor          Date: 7/09/15    Time: 10:00 a.m.

---

Defendant: 2) Cristina Alonso          J#: (Bond)          Case #: 15-20383-Cr-Ungaro/Otazo-Reyes

AUSA: Anne McNamara          Attorney: Henry Bell (Perm.)

Violation: Conspiracy to Commit Health Care Fraud

Proceeding: Report RE: Counsel/Arraignment          CJA Appt:

Bond/PTD Held: ☐ Yes  ☐ No          Recommended Bond:

Bond Set at: $50K w/10% PSB w/Nebbia & $500K PSB & 500K PSB          Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services _____ Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: _____
- ☐ Other: _____

Language: English

Disposition:
Perm. appearance filed in open court.

Arraigned:
Reading of Indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

NEXT COURT APPEARANCE    Date:    Time:    Judge:    Place:

Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:

D.A.R. 10:27:36          Time in Court: 2 mins.