**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NUMBER: 15-CR-20383-UNGARO**

**UNITED STATES OF AMERICA,**

**vs.**

**SANTIAGO BORGES,**
**ERIK ALONSO,**
**DAMIAN MAYOL,**
**and**
**CRISTINA ALONSO,**

      **Defendants.**
_____/

**JOINT SPEEDY TRIAL REPORT**

This is the Government's and Defendants' speedy trial report as to Defendants Santiago Borges, Erik Alonso, Damian Mayol, and Cristina Alonso.  It is filed pursuant to Southern District of Florida Local Rule 88.5.

1.      The parties are in agreement that no time is presently excludable.

2.      There is no excludable time as recorded on the docket on which the parties are in conflict.

3.      Defendants were charged by Indictment on May 28, 2015.  Defendants had their initial appearances on June 16, 2015.  Defendants' speedy trial clock began to run on that date. See 18 U.S.C. § 3161(c)(1).

4.      As of July 13, 2015, twenty-seven days had elapsed since Defendants' initial appearances; forty-three days remained on the speedy trial clock.

5.      The undersigned attorney consulted with counsel for Defendants, who join in this Speedy Trial Report.


Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY


By:      _____/s/_____
A. BRENDAN STEWART
TRIAL ATTORNEY
Court ID No. A5501801
United States Department of Justice
Criminal Division, Fraud Section
1400 New York Avenue, N.W.
Washington, D.C. 20530
Phone: (202) 716-1142
brendan.stewart@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that, on July 13, 2015, I electronically filed and served the foregoing document with the Clerk of the Court using CM-ECF.

_____/s/_____
A. BRENDAN STEWART
TRIAL ATTORNEY
Court ID No. A5501801
United States Department of Justice
Criminal Division, Fraud Section
1400 New York Avenue, N.W.
Washington, D.C. 20530
Phone: (202) 716-1142
brendan.stewart@usdoj.gov