UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO: 15-CR-20383-UNGARO/OTAZO-REYES

UNITED STATES OF AMERICA,

vs.

SANTIAGO BORGES,

Defendant.
_____/

**DEFENDANT SANTIAGO BORGES'
MOTION TO MODIFY CONDITIONS OF PRE-TRIAL RELEASE**

COMES NOW, the Defendant Santiago Borges ("Mr. Borges"), by and through his undersigned counsel, and hereby files this Unopposed Motion to Modify Conditions of Pre-Trial Release and in support thereof states as follows:

1. On or about June 16, 2015, Mr. Borges was charged by indictment.

2. On June 22, 2015 Mr. Borges appeared before Magistrate Otazo-Reyes wherein, by stipulation of the parties, the following bond was set: a $1,000,000.000 personal surety bond, 10% with *Nebbia*; and a $3,000,000.00 personal surety bond co-signed by five (5) members of Mr. Borges immediate family.

3. Mr. Borges posted bond on June 23, 2015.

4. Standard conditions of bond were set along with 24 hours home confinement with electronic monitoring and no work in the health care field restriction.

5. On June 29, 2015 this Court granted Mr. Borges' Motion to continue his employment at New Life with time allowance of Monday through Friday 8:00 a.m. until 6:00 p.m.

1

6. The time allowance referenced above causes a substantial hardship for Mr. Borges to be able to attend to all matters related to his business.

7. Accordingly, Mr. Borges requests a modification of his pre-trial release for his time allowances of Monday through Friday 8:00 a.m. until 6:00 p.m. to be modified to Monday through Friday 7:00 a.m. until 9:00 p.m.

8. This matter has been discussed with pretrial services, which does not have an objection to such a modification.

9. Undersigned as has also discussed this matter with Assistant United States Attorney Brendan Stewart who does not have an objection.

## **CONCLUSION**

Mr. Borges respectfully this Court grant this Motion and any other relief the Court deems just and proper.

WHEREFORE, it is respectfully requested that this Court grant the relief requested herein.

    Respectfully submitted,

 /s/ Christine Santisteban
Richard J. Diaz, Esq.
F.B.N. 0767697
e-mail: rick@rjdpa.com
Carlos Santisteban, Jr., Esq.
F.B.N. 70530
e-mail: carlos@csjrlaw.com
Christine Santisteban, Esq.
F.B.N. 112162
e-mail: christine@csjrlaw.com
3127 Ponce de Leon Blvd.
Coral Gables, FL 33134
Telephone: (305) 444-7181
Facsimile: (305) 444-8178

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed this 21st day of July, 2015 and served on all parties of record via with the EF/CMF system.

/s/ Christine Santisteban
By: _____
Richard J. Diaz, Esq.
Christine Santisteban, Esq.
Carlos Santisteban, Jr., Esq.
