FBI
~~HHIG~~ 9818743

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

United States of America )
v. )
SANTIAGO BORGES, et al., ) Case No.
Defendants. )
) 15cr20383-Ungaro

*Certified to be a true and correct copy of the document on file
Steven M. Larimore, Clerk,
U.S. District Court
Southern District of Florida
By: Ronald Berry, Deputy Clerk
Date: May 29, 2015*

## ARREST WARRANT

~~SEALED INDICTMENT~~

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Erik Alonso                                                                                              ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment           ☐ Superseding Indictment      ☐ Information       ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition       ☐ Supervised Release Violation Petition      ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Commit Health Care Fraud and Wire Fraud, in violation of Title 18, United States Code 1349; Conspiracy to Defraud the United States and Pay Health Care Kickbacks in violation of Title 18, United States Code 371; and Conspiracy to Make False Statements Relating to Health Care Matters, in violation of Title 18, United States Code 371.

Date: 05/28/2015

City and state:     Miami, FL

*RECEIVED MAY 2015 S/FL WARRANTS* 29

_____
*Issuing officer's signature*

Steven M. Larimore, Clerk of Court/Court Administrator
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 05/29/2015 , and the person was arrested on *(date)* 06/16/2015 at *(city and state)* Miami, FL by FBI . |
| Date: 06/17/2015                                Joe Godsk, SDUSM, SD/FL
*Arresting officer's signature*
Amos Rojas Jr., U.S. Marshal
*Printed name and title* |