UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-CR-20383-UNGARO

UNITED STATES OF AMERICA

vs.

ERIK ALONSO,
and
CRISTINA ALONSO,

        **Defendants.**
_____/

## THE GOVERNMENT'S RESPONSE TO DEFENDANTS' MOTION TO CORRECT CONDITIONS OF PRETRIAL RELEASE

The United States of America, by and through the undersigned attorney, hereby responds to Erik Alonso and Cristina Alonso's Motion To Correct And/Or Modify Conditions of Pretrial Release. The Magistrate Judge who originally set the Defendants' conditions of release permitted the Defendants to continue to work in the health care field provided they did not bill Medicare, Medicaid, or private insurance. The Defendants' motion is therefore unopposed by the government.

        Respectfully submitted,

        WIFREDO A. FERRER
        UNITED STATES ATTORNEY

By:     /s/
        A. Brendan Stewart
        Trial Attorney
        Court ID No. A5501801
        United States Department of Justice
        Criminal Division, Fraud Section
        1400 New York Avenue, N.W.
        Washington, D.C. 20530
        Phone: (202) 716-1142
        brendan.stewart@usdoj.gov

## **CERTIFICATE OF SERVICE**

  I hereby certify that, on July 29, 2015, I served and filed this document with the Clerk of the Court.

                /s/
              A. Brendan Stewart
              Trial Attorney
              United States Department of Justice
              Criminal Division, Fraud Section