UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 15-CR-20383-UNGARO

UNITED STATES OF AMERICA,

vs.

SANTIAGO BORGES,
ERIK ALONSO,
DAMIAN MAYOL,
and
CRISTINA ALONSO,

     Defendants.
_____/

## JOINT SPEEDY TRIAL REPORT

This is the Government's and Defendants' speedy trial report as to Defendants Santiago Borges, Erik Alonso, Damian Mayol, and Cristina Alonso.  It is filed pursuant to Southern District of Florida Local Rule 88.5.

1. The parties are in agreement that no time is presently excludable.

2. There is no excludable time as recorded on the docket on which the parties are in conflict.

3. Defendants were charged by Indictment on May 28, 2015.  Defendants had their initial appearances on June 16, 2015.  Defendants' speedy trial clock began to run on that date.  See 18 U.S.C. § 3161(c)(1).

4. As of August 3, 2015, forty-eight days had elapsed since Defendants' initial appearances; twenty-two days remained on the speedy trial clock.

5. The undersigned attorney consulted with counsel for Defendants, who join in this Speedy Trial Report.

                                                Respectfully submitted,

                                                WIFREDO A. FERRER
                                                UNITED STATES ATTORNEY

By:           /s/        
       A. BRENDAN STEWART
       TRIAL ATTORNEY
       Court ID No. A5501801
       United States Department of Justice
       Criminal Division, Fraud Section
       1400 New York Avenue, N.W.
       Washington, D.C. 20530
       Phone: (202) 716-1142
       brendan.stewart@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that, on August 3, 2015, I electronically filed and served the foregoing document with the Clerk of the Court using CM-ECF.

    _____/s/_____
A. BRENDAN STEWART
TRIAL ATTORNEY
Court ID No. A5501801
United States Department of Justice
Criminal Division, Fraud Section
1400 New York Avenue, N.W.
Washington, D.C. 20530
Phone: (202) 716-1142
brendan.stewart@usdoj.gov