UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

CASE NO. 15-cr-20383 UU

v.

ERIK ALONSO and CRISTINA ALONSO,
        *Defendants.*
_____/

## ORDER ON DEFENDANT'S UNOPPOSED
## MOTION TO CORRECT AND/OR MODIFY CONDITIONS OF RELEASE

THIS CAUSE, having come before the Court on the Defendants, **ERIK ALONSO**

**and CRISTINA ALONSO'S,** motion to correct and/or modify conditions of release, the

Court having reviewed all pertinent filings and being otherwise duly advised in the premises,

finds as follows: The defendant's motion is **GRANTED**. The defendants, **ERIK ALONSO**

**and CRISTINA ALONSO** are allowed to work in health care so long as it does not involve

billing a private insurance carrier and/or Medicare and Medicaid.  **DONE AND ORDERED**

in the U.S. Southern District of Florida, on this __31__ day of July, 2015.

**URSULA UNGARO**
United States District Court Judge,
U.S. Southern District Court of Florida

Copy: All counsel of Record