UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO: 15-CR-20383-UNGARO/OTAZO-REYES

UNITED STATES OF AMERICA,

    vs.

SANTIAGO BORGES,

    Defendant.
_____/

**DEFENDANT SANTIAGO BORGES'**
**UNOPPOSED MOTION TO CONTINUE TRIAL**

    COMES NOW, the Defendant Santiago Borges ("Mr. Borges"), by and through his undersigned counsel, and hereby files this Unopposed Motion to Continue Trial and in support thereof states as follows:

1. Mr. Borges has been charged by indictment with one (1) count of conspiracy to commit health care fraud and wire fraud and one (1) count of conspiracy to defraud the United States and pay health care kickbacks. Mr. Borges was arrested on these charges on or about June 16, 2015.

2. On August 5, 2015 the Court held a calendar call on this matter. At said calendar call the Court set the trial of this matter for August 17, 2015.

3. On or about July 5, 2015, the Government filed its first response to the standing discovery order (D.E. 47).

4. On or about August 10, 2015, undersigned's office received the Government's second response to the standing discovery order.

1

5. The Materials in the second discovery order are voluminous and require an extensive amount of attorney time for processing and review followed by an opportunity to discuss and review same with Mr. Borges.

6. Mr. Borges has filed a Written Waiver of Speedy Trial (D.E. 82).

7. Accordingly, Mr. Borges request this Court continue the trial of this matter which is currently set for August 17, 2015 at 10:00 a.m. to allow him and his counsels an adequate amount of time to properly prepare.

*8.* Mr. Borges' lead trial counsel, Mr. Richard Diaz, is currently schedule for a specially set two-week trial before the Honorable Judge Moore beginning September 8, 2015. *See U.S. vs. Sosa* 15-CR-20170.

9. Mr. Borges respectfully request this Court set the trial of this matter for a date and time all his counsels are available.

10. Undersigned has also discussed this matter with Assistant United States Attorney Brendan Stewart who does not have an objection to the relief requested herein.

## **CONCLUSION**

Mr. Borges respectfully this Court grant this Motion and any other relief the Court deems just and proper.

WHEREFORE, it is respectfully requested that this Court grant the relief requested herein.

    Respectfully submitted,

CARLOS SANTISTEBAN, JR., P.A.
3127 Ponce de Leon Blvd.
Coral Gables, FL  33134
Telephone: (305) 444-7181
Facsimile: (305) 444-8178


_____/s/_____
Carlos Santisteban, Jr., Esq.
Florida Bar No. 70530
carlos@csjrlaw.com
Christine Santisteban, Esq.
Florida Bar No.112162
christine@csjrlaw.com


RICHARD J. DIAZ, P.A.
3127 Ponce de Leon Blvd.
Coral Gables, FL  33134
Telephone: (305) 444-7181
Facsimile: (305) 444-8178
Richard J. Diaz., Esq.
Florida Bar No. 0767697

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed this 11th day of August, 2015 and served on all parties of record via with the EF/CMF system.

                  /s/ Carlos Santisteban
By: _____
       Carlos Santisteban, Jr., Esq.