UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE 15-20383-CR-UNGARO

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

SANTIAGO BORGES, et al.,

       Defendant.
_____/

**AMENDED**
ORDER CONTINUING TRIAL DATE

THIS CAUSE came before the Court on Defendant's Motion to Continue (DE# **81** ) and in the interest of justice and the representations made by counsel, it is

ORDERED AND ADJUDGED that the trial is hereby continued to **AUGUST 24, 2015 at 9:30 A.M. This case is specially set. Calendar Call is set for AUGUST 19, 2015 AT 1:00 P.M.** The Court further finds that the period of delay resulting from this continuance, to-wit: (the date of the Cal. Call) **to and including the date trial is commenced**, shall be deemed excludable time in accordance with the provisions of the Speedy Trial Act, 18 U.S.C., § 3161 etseq. All exhibits must be pre-marked and exhibit list shall be furnished to the Court on the date of trial.

All motions filed shall be accompanied by a written statement certifying that counsel for the moving party has conferred with opposing counsel in a good faith effort to resolve by agreement the subject matter of the motion. **A motion cut-off date is set for**

AUGUST 12, 2015.

If either side intends to seek the admission of tapes and transcripts at trial, final revisions to the transcripts must be completed and provided to the opposing party not later than 15 days prior to jury selection in this case. The Court will not admit transcripts which have been revised subsequent to this deadline.

DONE AND ORDERED at Miami, Florida this ____6____ day of August, 2015.

                                             URSULA UNGARO
                                          UNITED STATES DISTRICT JUDGE

cc:   Counsel of record

during the above calendar period, it will automatically appear on the next and subsequent calendars until reached. You may not be re-noticed. Calendar Calls will be held on the Wednesday preceding the two-week trial period at 1:00 P.M.

DONE AND ORDERED at Miami, Florida, this __6__ day of August, 2015.

*/s/ Ursula Ungaro*
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

cc: Counsel of record