IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-CR-20383-UU

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DAMIAN MAYOL,

    Defendant.
_____/

**DEFENDANT'S MOTION TO CONTINUE TRIAL**

COMES NOW, the Defendant Damian Mayol ("Mr. Mayol"), by and through his undersigned counsel, and hereby files this Unopposed Motion to Continue Trial and in support thereof states as follows:

1. Mr. Mayol has been charged by indictment with one (1) count of conspiracy to defraud the United States and pay health care kickbacks and one (1) count of payment of kickbacks in connection with a federal health care program. Mr. Mayol was arrested on these charges on or about June 16, 2015.

2. On August 5, 2015 the Court held a calendar call on this matter. At said calendar call the Court set the trial of this matter for August 17, 2015.

3. On or about July 5, 2015, the Government filed its first response to the standing discovery order (D.E. 47).

4. On or about August 10, 2015, undersigned's office received the Government's second response to the standing discovery order.

5. The materials in the second discovery order are voluminous and require an extensive amount of attorney time for processing and review followed by an opportunity to discuss and review same with Mr. Mayol.

6. Mr. Mayol has filed a Written Waiver of Speedy Trial (D.E. 83).

7. Accordingly, Mr. Mayol requests this Court continue the trial of this matter which is currently set for August 17, 2015 at 10:00 a.m. to allow him and his counsel an adequate amount of time to properly prepare.

8. The undersigned counsel is currently scheduled for a specially set four-week trial before the Honorable Judge Yvonne Colodny, beginning October 13, 2015. See State of Florida vs. Derek Medina, F13-18474.

9. Mr. Mayol respectfully request this Court set the trial of this matter for a date and time his counsel is available.

WHEREFORE, it is respectfully requested that this Court grant the relief requested herein.

Respectfully submitted,

SAAM ZANGENEH, P.A.
777 Brickell Avenue, Suite 400
Miami, Florida 33131
Telephone:   (305) 441-2333
Facsimile:   (305) 908-8693
Email:       saam@zangenehlaw.com

/s/   *Saam Zangeneh*
By:   Saam Zangeneh, Esq.
      Fla. Bar No.:  526721

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed this 12th day of August, 2015, with the Clerk of Court through CM/ECF.

/s/ *Saam Zangeneh*
Saam Zangeneh, Esq.