IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-CR-20383-UU

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DAMIAN MAYOL,

    Defendant.
_____/

### SECOND MOTION TO CONTINUE TRIAL

COMES NOW, the Defendant Damian Mayol ("Mr. Mayol"), by and through his undersigned counsel, and hereby files this Second Motion to Continue Trial and in support thereof states as follows:

1. The trial on this matter is presently set for the trial period starting on August 24, 2015. Mr. Mayol has filed a waiver of speedy trial (D.E. 83).

2. On August 12, 2015, Mr. Mayol moved to continue the trial date which was then set for August 17, 2015. (D.E. 86). The other defendants also moved to continue. The court continued the trial for one week and set the case for the two week trial calendar starting August 24, 2015.

3. The materials in the second discovery order are voluminous and require an extensive amount of attorney time for processing and review followed by an opportunity to discuss and review same with Mr. Mayol.

4. Mr. Mayol requests this Court continue the trial of this matter to allow him and his counsel an adequate amount of time to properly prepare.

5. This motion does not repeat the more lengthy facts and grounds supporting the continuance filed in D.E. 86 and instead respectfully adopt the facts and reasons set forth in that earlier filed motion.

6. Undersigned has discussed this matter with Assistant United States Attorney Brendan Stewart who does not have an objection to the relief requested herein.

WHEREFORE, the Defendant, Damian Mayol, respectfully request that the Court continue the trial in this matter.

Respectfully submitted,

SAAM ZANGENEH, P.A.
777 Brickell Avenue, Suite 400
Miami, Florida 33131
Telephone:   (305) 441-2333
Facsimile:    (305) 908-8693
Email:           saam@zangenehlaw.com

/s/   *Saam Zangeneh*
By:   Saam Zangeneh, Esq.
        Fla. Bar No.:   526721

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed this 18th day of August, 2015, with the Clerk of Court through CM/ECF.

/s/   *Saam Zangeneh*
Saam Zangeneh, Esq.