UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO: 15-CR-20383-UNGARO/OTAZO-REYES

UNITED STATES OF AMERICA,

vs.

SANTIAGO BORGES,

Defendant.
_____/

**DEFENDANT SANTIAGO BORGES'**
**UNOPPOSED MOTION TO MODIFY CONDITIONS OF PRE-TRIAL RELEASE AND MOTION FOR WAIVER OF CURFEW FOR A SPECIAL EVENT**

COMES NOW, the Defendant Santiago Borges ("Mr. Borges"), by and through his undersigned counsel, and hereby files this Unopposed Motion to Modify Conditions of Pre-Trial Release and Motion for Waiver of Curfew for a Special Event in support thereof states as follows:

1. On or about June 16, 2015, Mr. Borges was charged by indictment.

2. Mr. Borges posted bond on June 23, 2015.

3. Standard conditions of bond were set along with electronic monitoring and a curfew of 7:00 a.m. until 9:00 p.m., Monday through Friday.

4. There have been no violations of his bond.

5. Mr. Borges requests this Court to remove the special condition of electronic monitoring. Should this Court grant the relief requested herein, Mr. Borges will check in with pre-trial services every day using the voice recognition and identification pin reporting system.

1

6. Mr. Borges also seeks permission from this Court to attend a wedding on Saturday, August 22, 2015 of a close family friend at 3200 SW 128 Ave., Miami, Florida 33175 and to waive his curfew only for this date.

7. As of date of this filing, undersigned has been unable to discus the matter with pretrial services. Mr. David Alvarado is out of the office until August 24, 2015.

8. Undersigned has also discussed this matter with Assistant United States Attorney Brendan Stewart who does not have an objection.

## CONCLUSION

Mr. Borges respectfully this Court grant this Motion and any other relief the Court deems just and proper.

WHEREFORE, it is respectfully requested that this Court grant the relief requested herein.

Respectfully submitted,

 /s/ Christine Santisteban__
Christine Santisteban, Esq.
F.B.N. 112162
e-mail: christine@csjrlaw.com
Richard J. Diaz, Esq.
F.B.N. 0767697
e-mail: rick@rjdpa.com
Carlos Santisteban, Jr., Esq.
F.B.N. 70530
e-mail: carlos@csjrlaw.com

3127 Ponce de Leon Blvd.
Coral Gables, FL  33134
Telephone: (305) 444-7181
Facsimile: (305) 444-8178

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed this 19th day of August, 2015 and served on all parties of record via with the EF/CMF system.

                   /s/ Christine Santisteban
             By: _____
                   Christine Santisteban, Esq.