```
                              UNITED STATES DISTRICT COURT
                              SOUTHERN DISTRICT OF FLORIDA
                              CASE 15-20383-CR-UNGARO
```

UNITED STATES OF AMERICA,

       Plaintiff,

vs.                                    **ORDER CONTINUING TRIAL DATE**

SANTIAGO BORGES, et al.,

       Defendant.

_____/

    THIS CAUSE came before the Court for Calendar Call on August 19, 2015 and in the interest of justice and the representations made by counsel, it is

    ORDERED AND ADJUDGED that the trial is hereby continued to **OCTOBER 26, 2015. This case is specially set.** Calendar Call will be held on **OCTOBER 14, 2015 at 1:00 p.m.** The Court further finds that the period of delay resulting from this continuance, to-wit: (the date of the Cal. Call) **to and including the date trial is commenced,** shall be deemed excludable time in accordance with the provisions of the Speedy Trial Act, 18 U.S.C., § 3161 etseq. All exhibits must be pre-marked and exhibit list shall be furnished to the Court on the date of trial.

    All motions filed shall be accompanied by a written statement certifying that counsel for the moving party has conferred with opposing counsel in a good faith effort to resolve by agreement the subject matter of the motion. **A Motion Cutoff has been set for**

AUGUST 28, 2015.

If either side intends to seek the admission of tapes and transcripts at trial, final revisions to the transcripts must be completed and provided to the opposing party not later than 15 days prior to jury selection in this case. The Court will not admit transcripts which have been revised subsequent to this deadline.

DONE AND ORDERED at Miami, Florida this __20__ day of August, 2015.

                                              URSULA UNGARO
                                              UNITED STATES DISTRICT JUDGE

cc: Counsel of record