IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-CR-20383-UU

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DAMIAN MAYOL,

    Defendant.
_____/

## MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE

COMES NOW, the Defendant Damian Mayol ("Mr. Mayol"), by and through his undersigned counsel, and hereby files this Motion to Modify Conditions of Pretrial Release and in support thereof states as follows:

1. On or about May 28, 2015, Mr. Mayol was charged by Indictment.

2. Mr. Mayol posted bond on June 24, 2015.

3. Standard conditions of bond were set along with electronic monitoring and a curfew of 7:00 a.m. until 7:00 p.m., Monday through Friday.

4. There have been no violations of his bond.

5. Mr. Mayol requests this Court to remove the special condition of electronic monitoring. Should this Court grant the relief requested herein, Mr. Mayol will check in with pre-trial services every day using the voice recognition and identification pin reporting system.

6. Mr. Mayol also seeks permission from this Court to visit his mother, Ofelia de la Caridad, twice a week at Tender Loving Care, the ALF home healthcare facility

where she permanently resides. The ALF center is located 3100 SW 79th Avenue, Miami, Florida 33155.

7. Mr. Mayol's mother is 74 years old and was diagnosed with Alzheimer's four years ago. He has not seen her since his arrest.

8. Undersigned counsel contacted Probation Officer Alex Bercenes and he will differ to the Court for a decision on Mr. Mayol's request.

9. Undersigned counsel informed Assistant United States Attorney Brendan Stewart of the filing of this motion but he has not conveyed a position.

WHEREFORE, it is respectfully requested that this Court grant the relief requested herein.

Respectfully submitted,

SAAM ZANGENEH, P.A.
777 Brickell Avenue, Suite 400
Miami, Florida 33131
Telephone:  (305) 441-2333
Facsimile:  (305) 908-8693
Email:  saam@zangenehlaw.com

/s/  *Saam Zangeneh*

By:  Saam Zangeneh, Esq.
    Fla. Bar No.:  526721

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion to Modify Conditions of Pretrial Release has been electronically filed this 3rd day of September, 2015, with the Clerk of Court through CM/ECF.

/s/   *Saam Zangeneh*

Saam Zangeneh, Esq.