UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

CASE NO. 15-cr-20383 UU

v.

ERIK ALONSO and CRISTINA ALONSO,
    *Defendants*.
_____/

### UNOPPOSED MOTION FOR PERMISSION TO TRAVEL

    COMES NOW Defendants, **ERIK ALONSO and CRISTINA ALONSO** (Mr. and Mrs. Alonso), by and through his undersigned counsel, and respectfully requests this Honorable Court enter an order allowing them to travel to Orlando, Florida from September 17th, 2015 through and including September 20th, 2015, in order for them to attend the "I Can Do It 2015 Orlando" sponsored by Hay House, and as grounds and in support thereof states as follows:

1. On May 28th, 2015, Mr. and Mrs. Alonso were indicted on various counts related to health care fraud.

2. The U.S. Magistrate Court granted Mr. and Mrs. Alonso with pretrial release with electronic monitoring. Mr. and Mrs. Alonso were released on a total of $1,500,000.00 personal surety bond between the both of them and, in addition, a $50,000.00 10% percent bond each.

3. Mr. and Mrs. Alonso desire to travel Orlando, Florida from September 17th, 2015 through and including September 20th, 2015 in order for them to attend the "I Can Do It 2015 Orlando" sponsored by Hay House.

4. Mr. and Mrs. Alonso will be driving to Orlando on Thursday afternoon, September 17th and will be staying at the Hyatt Regency Orlando located at 9801 International Drive, Orlando, Florida 32819 (Main No. 407-284-1234/Fax No. 407-309-5676).

5.   Mr. and Mrs Alonso will return to Miami on Sunday, September 20th by 9 PM.

6.   Mr. and Mrs. Alonso have advised the U.S. Probation Office/Pre-trial Services of all their travel arrangements.

7.   Counsel has advised Assistant U.S. Attorney Brendan Stewart and U.S. Probation Officer, Mark Delesdernier of the above and they have no objection to the granting of this request.

Wherefore, the defendants, **ERIK ALONSO and CRISTINA ALONSO**, respectfully requests that the Court grant Mr. and Mrs. Alonso's request for permission for travel in order for them to attend the "I Can Do It 2015 Orlando" sponsored by Hay House in Orlando, Florida.   A proposed order is attached.

Respectfully Submitted,

**Robert M. Perez, P.A.**

*Counsel for Defendant*
3162 Commodore Plaza, Suite 3E
Coconut Grove, Florida 33133
(305) 598-8889 - Office
(305) 397-2733 - Facsimile
E-mail: rperez@rmplawpa.com

**S/Robert M. Perez..................**
**ROBERT M. PEREZ**
Florida Bar Number: 477494


**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed electronically via CM/ECF on this 15th day of September, 2015.

**S/Robert M. Perez..................**
**ROBERT M. PEREZ**

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**UNITED STATES OF AMERICA,**

                                        **CASE NO. 15-cr-20383 UU**

**v.**

**ERIK ALONSO and CRISTINA ALONSO,**
    *Defendants*.
_____/

**ORDER GRANTING PERMISSION TO TRAVEL**

THIS MATTER came before the Court upon Defendants **ERIK ALONSO and CRISTINA ALONSO**'s Motion For Permission to Travel, and the Court being otherwise fully informed in the premises, it is **ORDERED AND ADJUDGED** that:

Defendants **ERIK ALONSO and CRISTINA ALONSO**'s Motion for Permission to Travel is hereby **GRANTED**. Mr. and Mrs Alonso are allowed to travel to Orlando, Florida in order for them to attend the "I Can Do It 2015 Orlando" sponsored by Hay House from September 17th, 2015 through September 20th, 2015.

DONE AND ORDERED this ____ day of September, 2015 in the U.S. Southern District of Florida.

                                                                     _____
                                                                     **URSULA UNGARO**
                                                                     United States District Court Judge,
                                                                     U.S. Southern District Court of Florida

Copy: All counsel of Record