**UNITED STATES DISTRICT COURT**
                                                 **SOUTHERN DISTRICT OF FLORIDA**
                                                 **CASE 15-20383-CR-UNGARO**

UNITED STATES OF AMERICA,

       Plaintiff,

vs.                                                           **ORDER**

DAMIAN MAYOL,

       Defendant.
_____/

    THIS CAUSE came before the Court for Calendar Call on October 14, 2015 and in the interest of justice and the representations made by counsel, it is

    ORDERED AND ADJUDGED that the trial is hereby continued to **NOVEMBER 30, 2015. This case is specially set.** Calendar Call will be held on **NOVEMBER 25, 2015** at 1:00 p.m. The Court further finds that the period of delay resulting from this continuance, to-wit:(the date of the Cal. Call) **to and including the date trial is commenced**, shall be deemed excludable time in accordance with the provisions of the Speedy Trial Act, 18 U.S.C., § 3161 etseq. All exhibits must be pre-marked and exhibit list shall be furnished to the Court on the date of trial.

    All motions filed shall be accompanied by a written statement certifying that counsel for the moving party has conferred with opposing counsel in a good faith effort to resolve by agreement the subject matter of the motion. **Motion cutoff closed.**

    If either side intends to seek the admission of tapes and

transcripts at trial, final revisions to the transcripts must be completed and provided to the opposing party not later than 15 days prior to jury selection in this case. The Court will not admit transcripts which have been revised subsequent to this deadline.

   DONE AND ORDERED at Miami, Florida this \_\_\_20\_\_\_ day of October, 2015.

                                   _/s/ Ursula Ungaro_
                                   URSULA UNGARO
                                   UNITED STATES DISTRICT JUDGE


cc:  Counsel of record