UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-CR-20383-UNGARO

UNITED STATES OF AMERICA

vs.

DAMIAN MAYOL,

        **Defendant.**

                                        /

## MOTION TO CONTINUE TRIAL DATE

Defendant Damian Mayol and the United States of America submit this motion to continue the trial date in the present matter to January 18, 2016 or a date thereafter which is convenient for the Court, and Defendant in support of this Motion, states as follows:

1. Trial in this matter (the "Mayol Trial") is current set to begin on November 30, 2015.

2. Counsel for Defendant is presently involved in a murder trial (the "Murder Trial") that began on November 2, 2015.

3. Because of defense counsel's present obligations with the Murder Trial, counsel for the Government agreed to submit this motion on Defendant's behalf.

4. Jury selection in the Murder Trial lasted more than a week and was concluded on November 9. Opening statements were made on November 10.

5. The trial is expected to last several more weeks, and it is anticipated that defense counsel will be unavailable to begin the Mayol Trial as scheduled on November 30.

6. Defense counsel estimates that he will need several additional weeks following the Murder Trial in order to prepare for the Mayol Trial, which will require review of

voluminous bank records, corporate records, patient files, and other materials from the community mental health centers and other companies involved in the case.

7. The United States does not object to Defendant's request for a continuance, and only asks that the Court rule on this request in the near term so that the government can efficiently allocate its resources in preparing for trial in this matter.

8. Defendant has waived his right to a speedy trial pursuant to 18 U.S.C. § 3161, and further would agree that any delay in the start of this trial as a result of the requested continuance be considered excludable time under the Speedy Trial Act.

## CONCLUSION

Defendant therefore respectfully requests that this Court grant this Motion and continue the trial presently set in this matter for November 30, 2015.

## **CERTIFICATE OF SERVICE**

I hereby certify that, on November 16, 2015, I served and filed this document with the Clerk of the Court.

>                         /s/
> A. Brendan Stewart
> Trial Attorney
> United States Department of Justice
> Criminal Division, Fraud Section