UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO: 15-CR-20383-UNGARO/OTAZO-REYES

UNITED STATES OF AMERICA,

    vs.

SANTIAGO BORGES,

    Defendant.
_____/

**DEFENDANT SANTIAGO BORGES'**
**UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING AND FOR AN**
**EXTENSION OF TIME TO FILE OBJECTIONS TO THE PRESENTENCE**
**INVESTIGATION REPORT**

COMES NOW, the Defendant Santiago Borges ("Mr. Borges"), by and through his undersigned counsel, and hereby files this Unopposed Motion to Continue Sentencing Hearing and For An Extension Of Time To File Objections To The Presentence Investigation Report and in support thereof states as follows:

1. Currently Mr. Borges is scheduled to appear before the Court for sentencing on December 11, 2015.

2. Trial of co-Defendant, Damian Mayol, has been continued until January 4, 2016. (D.E. 122).

3. Mr. Borges is a witness in the trial of Damian Mayol, his co-Defendant in the indictment of this case. Hence, there is now a possibility of multiple sentencing hearings for Mr. Borges being held in this matter, expending additional court time and resources than are necessary.

4. Additionally, the Presentencing Investigation Report (herein after, "PSI") in this matter was not disclosed until November 23, 2015. (D.E. 123). Fed. R. Crim. P. 32(c)(2) states that the probation officer must give the presentence investigation report to the parties at least thirty-five (35) days before sentencing, unless the defendant waives this minimum period. The disclosure of the PSI was made eighteen (18) days prior to sentencing. Based on undersigned counsel's initial perusal of the PSI of Mr. Borges, I anticipate a number of objections or corrections to some of the facts and personal information specific to Mr. Borges.

5. A continuance will avoid the possibility of two (2) sentencing hearings allowing all factors relevant to Mr. Borges' sentence to be heard in one hearing, after Mr. Mayol's trial, therefore after the completion of Mr. Borges' assistance to the United States.

6. Mr. Borges also requests an extension of time to file objections to the PSI. Due to the late disclosure of said PSI, undersigned counsel does not ample time to prepare and file objections and sentencing memorandum by the current due date of December 7, 2015. Mr. Borges respectfully requests an extension of time until December 18, 2015 to file objections to the PSI.

7. Mr. Borges respectfully requests this Court set the sentencing of this matter for the second week of February 2016 in the interests of justice. Lead counsel, Richard J. Diaz, and Mr. Santisteban will be in trial the entire month of January in Pensacola, Florida.

8. Undersigned has also discussed this matter with Assistant United States Attorney Brendan Stewart who does not have an objection to the relief requested herein.

## CONCLUSION

Mr. Borges respectfully this Court grant this Motion and any other relief the Court deems just and proper.

WHEREFORE, it is respectfully requested that this Court grant the relief requested herein.

Respectfully submitted,

__/s/_Richard J. Diaz_____
RICHARD J. DIAZ, P.A.
3127 Ponce de Leon Blvd.
Coral Gables, FL  33134
Telephone: (305) 444-7181
Facsimile: (305) 444-8178
Richard J. Diaz., Esq.
Florida Bar No. 0767697

Carlos Santisteban, Jr., Esq.
Florida Bar No. 70530
carlos@csjrlaw.com
Christine Santisteban, Esq.
Florida Bar No.112162
christine@csjrlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed this 30th day of November, 2015 and served on all parties of record via with the EF/CMF system.

/s/ Richard Diaz
By: _____

Richard J. Diaz, Esq.