UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 15-20383-CR-UNGARO

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

SANTIAGO BORGES,
ERIK ALONSO,
CRISTINA ALONSO,

        Defendants.
_____/

**ORDER RE-SETTING SENTENCING HEARING**

THIS MATTER is hereby set for re-sentencing before the Hon. Judge Ursula Ungaro, at the United States District Court, Twelfth Floor Courtroom, 400 North Miami Avenue, 12-4 Miami, Florida on **DECEMBER 17, 2015 at 10:00 A.M.** Objections are due no later than DECEMBER 11, 2015.

DONE and ORDERED in Chambers at the United States District Court, Miami, Florida this _1_ day of December, 2015.

*(signature)*
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

cc: Counsel of record