UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO: 15-CR-20383-UU

UNITED STATES OF AMERICA,

     Plaintiff,

vs.

SANTIAGO BORGES,

     Defendant.

_____/

## ORDER RE-SETTING SENTENCING FOR DEFENDANT SANTIAGO BORGES

     The Court initially set sentencing for this Defendant for December 11, 2015. After receiving a motion to extend the sentencing date, the Court reset the sentencing for this Defendant for December 17, 2015 [D.E. 128]. Upon learning of a conflict for defense counsel of this new date and being aware that the December 11, 2015 date is preferable to defense counsel for this Defendant, the Court hereby orders the sentencing of Santiago Borges for the original December 11, 2015 date at 11:00 am at 400 N Miami Avenue, Room 12-4, Miami, FL.

     DONE AND ORDERED this 4 day of December, 2015, in Miami-Dade County, Florida.

United States District Judge Ursula Ungaro

Copies furnished to:
     Richard J. Diaz, Esquire
     Brendan Stewart, Esquire (AUSA)
     Riselda Ruiz, US Probation