UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO: 15-CR-20383-UU

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

SANTIAGO BORGES,

    Defendant.
_____/

## NOTICE OF FILING LETTERS IN SUPPORT OF DEFENDANT SANTIAGO BORGES'S SENTENCING SCHEDULED FOR DECEMBER 11, 2015

NOTICE IS GIVEN that the attached seven (7) letters are being filed in support of the Defendant, SANTIAGO BORGES'S sentencing currently scheduled for December 11, 2015.

Respectfully submitted,

s/ Richard J. Diaz

---

Richard J. Diaz, Esq.
3127 Ponce De Leon Blvd.
Coral Gables, FL 33134
Telephone: (305) 444-7181
Facsimile: (305) 444-8178
F.B.N. 0767697

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed via CM/ECF this 10th day of December, 2015 and served upon all parties of record electronically.

s/ Richard Diaz

---

Richard J. Diaz, Esq.

# Claudia Borges

6960 sw 75th ave

Miami FL 33143

(786) 477-3608

---

Date: 12/9/2015
Honorable Judge Ursula Ungaro
United States District Court Judge
Case No. 1:15-cr-20383
USA V. Borges et.al

Dear Honorable Judge Ursula Ungaro,

    On Dec 11, 2015 the legal system will be sentencing my father Santiago Borges, after pleading guilty having been given little choice if he wished to maintain the normalcy of the loved ones in his life. I write this to you as I wallow in despair begging you to take into consideration everything that legal documents fail to show. I understand you have a responsibility to this country as judge and that there are sentencing guidelines, but I respectfully ask you to please take into consideration the great person that he is--the selfless human being that he is, the amazing father, son, grandfather, brother, nephew, uncle and friend to many. My dad is the most giving person I have ever known. He is unselfish and consistently puts the needs of others before him. Leading through action not empty words, he truly lives his life to help others in any way possible. Sometimes I wonder how he can possibly be going through something like this. What could he or we possibly have done to deserve this? As you look though this case you might realize there is very insufficient evidence and yet he could be penalized with the same endurance as a murderer. The information presented in the legal documents paint a biased and exaggerated account of the reality, yet they don't mention how he created jobs, provided for families, and he was not the day -to -

day operator of the business as he struggled to balance investments, trivial legalities, family time and personal time.

As result of this case my father might be taken from me, my children my mother and my brother for years. My kids won't be able to see him and he won't be able to be part of their lives and see them grow-up as he is away. I can only hope you take into consideration the overall positive impact the plaintiff has amongst his family, community and other's lives.

When, I came to this country in 1999, I barely saw my dad because of the long hours he devoted at works to give us the best life possible—most importantly food and shelter. Contrary to what those documents claim, my brother and I didn't have the luxury to see him all the time as he was always working. Now that I have my own children I enjoy seeing how he spends so much time with my babies; the time he didn't get to spend with us. My newborn son adores his grandfather; I have yet to find a proper explanation for when he is not around. The week he was behind bars prior to posting bail, my son did not eat and cried asking for his grandfather as he saw the rest of us suffer; as if he knew what was happening. I understand you probably receive thousands of letters each day but please consider my family. Please, consider the impact of incarcerating a man who has been a faithful and loving father, husband, friend and financial beneficiary to the community and numerous non-profits throughout the years. I plead to you with humility and respect because everyone deserves a second chance.

Sincerely,

Claudia Borges

# Law Offices of
# Richard Valdes, P.A.

4886 Lake Worth Road
Greenacres, FL 33463
(561) 533-7021
(561) 533-7024 Fax

December 9, 2015

Honorable Wilkie D. Ferguson, JR.
U.S. Court House
400 North Miami, Ave.
Miami, FL 33128

Re: United States v. Santiago Borges, Case No.: 1:15-cr-20383

Your Honor:

It is with great sadness that I find myself writing to you regarding my friend Santiago. I write to you not advocating for his innocence, but instead to advocate for a second chance. You see, I met Santiago several years ago, and during the time that I have known him I've found him to be a loving husband, a caring father and a nurturing grandfather. He has always been a great friend to me and my immediate family and I wholeheartedly believe that our society will greatly benefit from having Santiago amongst us. Your Honor, I pray that you find it in your heart to show mercy to this fine gentleman as I am sure that whatever mistakes led him to find himself before you, will be never repeated for the remainder of his life.

Sincerely,

Richard Valdes, Esq.

December 8, 2015

TO: Honorable Judge, Ursula Ungaro
United States District Court

Honorable Judge Ungaro:

My name is Yrmina Diaz and I am the mother of Santiago M Borges.

For a mother, as you may well know our children regardless of age never do wrong. We teach them family values; good morale, discipline, ethics, we guide them, we advise them, and most important we teach them the difference between right and wrong.

I know, my son has done wrong and I recognize that. However, he is a good son, a great husband and a loving grandfather. He has a good heart and he is a very giving person.

As most immigrants feel, he came to this country looking for the American dream. Unfortunately, he made a mistake and he is remorseful about it.

I ask you, your honor that you consider some clemency in sentencing my son.

Respectfully,

*Yrmina Diaz*
Yrmina Diaz

Honorable UrsulaUngaro..
U.S Court House
400 North Miami, Ave.
Miami, FL 33128

Re: United States v. Santiago Borges, Case No.: 1:15-cr-20383

Your Honor:

We are writing this letter pleading with great sadness regarding our brother Santiago Borges. We know our brother may or may not be the perfect example of a man, as he stands here before you today, but we write to you, your honor as brothers and the man we have known our whole lives. Our brother is the most loving father, caring husband and the best man any sibling could ask for. He is a man of morale, Values and ethics, and it has always been what our oldest brother has tried to instill in us. That's the man we know him to be. So we beg of you, your honor, to please show this man a little mercy and compassion, as we all make mistakes in this life time and its how we come back from those mistakes that define us. Please let our brother redeem himself in the community and to give him the chance to redeem himself as the man we all know him to be. So on behalf of our family Roman M. Perez, Jorge L. Perez and the rest of the family We plead that you give him that second chance.

Sincerely,

Thank You.

To the Honorable Judge Ursula Ungaro
United States District Court Judge

Dear Honorable Judge Ungaro:

  My name is Leticia Perez and I am Santiago Borges' sister in law. I have known Santiago for over 20 years, since I have been with my husband who is his brother. I first met Santiago when we lived in Cuba and even then he was as hard working and ambitious. Since I have known Santiago he has always been the main provider of the entire family. In the midst of the hardship and poverty endured by all Cubans his main priority was always to provide all he possibly could for his family and that included not only his immediate family but also his extended family.

  He is a caring and good hearted family man. I have always looked up to him for for being so remarkable unselfish and such a giving human being. He has always put the needs of everyone else before his own. Without any thought at all, he would take away anything he has to give to us. Despite being under the great stress of having to provide for so many people he always has such a positive outlook on life. He does everything he for all of us out of the goodwill of his heart and because it brings him happiness to be able to give to us.

  I will forever be in gratitude to my brother in law, Santiago for being such an exemplar brother to my husband and uncle to my two children. He has always been there to make sure that we don't lack of anything. I can only but plead that your Honor take into consideration Santiago's true character when choosing his sentence. Santiago's fate will deeply affect not only him but his entire family that holds him so dear. There are so many criminals out in the world who go without punishment for high crimes and while a crime is always a crime I would have the upmost appreciation if you would you take Santiago's good heart and intentions into consideration. In the end Santiago's main priority in life has ben to provide for his family and for this I beg that you judge him not for his actions but for what he represents to our family.

  I kindly thank your Honor for taking your time and effort towards Santiago's case and I hope all is resolved as Santiago means the world to us.

Sincerely,

*Leticia Perez*
Leticia Perez

To the Honorable Judge Ursula Ungaro
United States District Court Judge

Dear Honorable Judge Ungaro:

    My name is Laura Perez and Santiago Borges is my uncle from my father's side. I am eighteen years old and my uncle Santiago has always been a positive influence in my life. He's always been very involved in my life and I have always found great admiration in his sublime character. Ever since I found out about my uncle's incarceration I have been very devastated. My uncle "Santi" is my favorite uncle and it so breaks my heart to see what he's going through because he has done so much for me and my family and everything he does for us he does so whole heartedly. It burdens me to know that he has worked his entire life and has provided so much for us and now he's the one that has to face heavy consequences while we all get to continue our lives.

    I understand that every crime has a consequence but my uncle is a good man and he truly means well. He's the one person that I know I can always count on if I ever need something. Being from Cuba we Cubans have always had to face many challenges. Despite these challenges my uncle found that it was his job to make sure that our family had our necessities taken care of. I was a child so I can't remember but my uncle Santi was the one who covered all the expenses of my first birthday party when we lived in Cuba. This may seem superfluous but to me this is something I hold very dear because I know that he went out of his way to do something for me amidst the hard times.

    The best memories I have are being at my uncle Santi's house when our entire family gets together and he shows off his amazing chef skills by cooking us his favorite dishes. He's always able to bring our family together and even in such hard times he always continues to be the same charismatic uncle that I love. All I can say is that he is an exceptional, son, brother, father, grandfather, and overall human being. I hope that one day I am able to provide for my family as he has lived his life to do.

    Despite his current situation, I will always find my uncle to be a respectable family and business man. He has inspired me to go to college and do work in business. I owe him very much because he has even offered to help me pay for my college tuition. Now that I'm in college so far away from home I do not get to see him as often so I make sure to always pay him a visit when I am home because I know how much family means to him. I also understand that there is a possibility that he will be absent from my life for some time but everyday I remain hopeful. It also brings me pain to see how much my uncle's situation is affecting my grandmother and his mother. Every time I speak to my grandmother on the phone I can hear the pain and distress that she's in because I know that she feels guilt for what he's facing and this is something I do not wish upon any elderly person.

    Over all I would like to sincerely thank your Honor for taking time to read my lengthy letter. I know that all our actions have consequences but I also believe that our intentions behind our actions should be taken into consideration as they sometimes represent our true character. From the bottom of my heart I will always believe my uncle is a good man and he has always meant well.

Sincerely,

*Laura Perez*

Laura Perez

GILBERTO BORGES
6960 SW 75TH AVE
MIAMI FL 33143
DECEMBER 10, 2015

Honorable Judge Ursula Ungaro
United States District Court Judge
Case No. 1:15- cr-20383
U.S Court House
400 North Miami Ave.
Miami Fl 33128

Respetada y Honorable Judge Ursula Ungaro :

Soy el padre de Santiago Borges y por medio de esta carta y con todo el respeto que usted merece me gustaria comunicarle quien verdaderamente es mi hijo y acusado . Santiago Borges siempre desde pequeno ha sido un muchacho muy noble y de bien .Durante su epoca de estudiante siempre obtubo excelentes calificaciones y durante el transcurso de su vida me ha llenado de alegrias y de orgullo porque siempre ha hecho el bien en la comunidad , con su falmilia y todas las personas que forman parte de su vida. Mi hijo esta destruido a causa de este problema legal al igual que todos en la familia; el es un hombre con un gran corazon y un hombe de bien que vive dedicado a familia y su trabajo. El es ese tipo de persona que a cualquier hora pone las nececidades de otros por encima de todo.

Como padre no existen palabras para expresarle lo que representa mi hijo para mi y lo especial que siempre ha sido. Mi hijo es en todo el sentido de la palabra una persona excepcional y me da mucha pena y dolor ver lo que esta pasando y no poderlo ayudar ya que usted es la unica persona que me puede ayudar bajo estas circumstancias.

Mi hijo es un padre, esposo, abuelo y hermano incondicional por eso le ruego a Dios y a usted mi Honorable Jueza, que me ayude, ya que lo que mas quiero en este mundo es que en lo que me queda de vida pueda tener a mi hijo a mi lado. Nada me daria mas satisfaccion que ver a mis nietos y biznietos con mi hijo juntos como siempre lo han estado. Le ruego a dios que usted escuche mis suplicas de padre. Como padre le diria que en la vida hay muchas cosas que pueden cambiarse , pero un hijo es algo muy grande y yo al mio no lo cambiaria por nada porque como el hay pocos.

Quisiera darle las gracias por escucharme y darme la oportunidad de comunicarle el gran hombre que es mi hijo Santiago.

Sincerely,
Gilberto Borges