UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 15-CR-20383-UNGARO

**UNITED STATES OF AMERICA**

**vs.**

**ERIK ALONSO
and
CRISTINA ALONSO,**

       **Defendants.**
_____/

## SENTENCING MEMORANDUM

The United States of America hereby files this submission in aid of sentencing and in opposition to the calculation of Defendant Cristina Alonso's sentencing guidelines range as calculated in the Presentence Investigation Report.

First, in light of the Court's ruling at the sentencing of Defendant Santiago Borges on December 11, 2015, the government does not intend to seek an enhancement for sophisticated means under Section 2B1.1(b)(9)(C) of the 2009 U.S. Sentencing Guidelines Manual (effective November 1, 2009).

Second, the government opposes the application of the enhancement for abuse of position of trust or use of a special skill under Section 3B1.3 of the 2009 U.S. Sentencing Guidelines Manual as recommended in the Presentence Investigation Report for Cristina Alonso. That enhancement was not part of the plea agreement in this case. *See* Plea Agreement, Docket Entry 111. Further, the enhancement is not covered by the defendant's conduct as detailed in the agreed factual basis for guilty plea. *See* Agreed Factual Basis for Guilty Plea, Docket Entry 112.

## **CONCLUSION**

The United States respectfully submits this memorandum to assist the Court in its analysis of the Sentencing Guidelines and the determination of defendants' sentences.

                                                     Respectfully submitted,

                                                     WIFREDO A. FERRER
                                                   UNITED STATES ATTORNEY

By:          /s/
            A. BRENDAN STEWART
            TRIAL ATTORNEY
            Court ID No. A5501801
            United States Department of Justice
            Criminal Division, Fraud Section
            1400 New York Avenue, N.W.
            Washington, D.C. 20530
            Phone: (202) 716-1142
            brendan.stewart@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that, on December 15, 2015, I electronically filed and served the foregoing document with the Clerk of the Court using CM-ECF.

                                                                       _____/s/_____
A. BRENDAN STEWART
TRIAL ATTORNEY
Court ID No. A5501801
United States Department of Justice
Criminal Division, Fraud Section
1400 New York Avenue, N.W.
Washington, D.C. 20530
Phone: (202) 716-1142
brendan.stewart@usdoj.gov