IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-CR-20383-UU

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DAMIAN MAYOL,

    Defendant.
_____/

## DEFENSE WITNESS LIST

COMES NOW the Defendant, DAMIAN MAYOL, by and through the undersigned counsel and hereby files this list of Defense Witnesses whom may be on the Defendant's behalf at trial:

1. Margarita Diaz
   *c/o Defense Counsel's Office*
   14 Northeast 1st Avenue, Suite 300
   Miami, Florida 33132

2. Alina Hernandez
   *c/o Defense Counsel's Office*
   14 Northeast 1st Avenue, Suite 300
   Miami, Florida 33132

    Respectfully submitted,

    SAAM ZANGENEH, P.A.
    777 Brickell Avenue, Suite 400
    Miami, Florida 33131
    Telephone:  (305) 441-2333
    Facsimile:  (305) 908-8693
    Email:  saam@zangenehlaw.com

/s/  *Saam Zangeneh*
By:  Saam Zangeneh, Esq.
     Fla. Bar No.: 526721

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing Defense Witness List has been electronically filed this 23rd day of December, 2015, with the Clerk of Court through CM/ECF.

/s/   *Saam Zangeneh*
Saam Zangeneh, Esq.