# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

v.  **GOVERNMENT EXHIBIT LIST**

DAMIAN MAYOL  CASE NUMBER: 15-CR-20383-UNGARO

| PRESIDING JUDGE<br>Honorable Ursula Ungaro | | | | | GOVERNMENT ATTORNEYS<br>A. Brendan Stewart, Timothy Loper | DEFENDANT'S ATTORNEY<br>Saam Zangeneh |
|---|---|---|---|---|---|---|
| TRIAL DATE<br>January 4, 2016 | | | | | COURT REPORTER<br>William Romanishin | COURTROOM DEPUTY<br>Kathryn B. Harlan |
| GOV.<br>NO. | DEF.<br>NO. | DATE<br>OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS | |
| **GX 1** | | | | | R&S Community Mental Health, Inc. – Medicare Form 855A Enrollment / Change of Ownership Filing | |
| **GX 2** | | | | | St. Theresa Community Mental Health Center, Inc. – Medicare Form 855A Enrollment / Change of Ownership Filing | |
| **GX 3** | | | | | New Day Community Mental Health Center, LLC – Medicare Form 855A Enrollment / Change of Ownership Filing | |
| **GX 4** | | | | | R&S Community Mental Health, Inc. – Medicare claims records | |
| **GX 5** | | | | | St. Theresa Community Mental Health Center, Inc. – Medicare claims records | |
| **GX 6** | | | | | New Day Community Mental Health Center, LLC – Medicare claims records | |
| | | | | | *Intentionally left blank -- Reserved* | |
| **GX 20** | | | | | State of Florida Corporate Records for R&S Community Mental Health, Inc. | |
| **GX 21** | | | | | State of Florida Corporate Records for St. Theresa Community Mental Health Center, Inc. | |
| **GX 22** | | | | | State of Florida Corporate Records for New Day Community Mental Health Center, LLC | |
| **GX 23** | | | | | State of Florida Corporate Records for Transportation Services Providers, Inc. | |
| **GX 24** | | | | | State of Florida Corporate Records for KOD Business, Corp | |

| | | | | | |
|---|---|---|---|---|---|
| GX 25 | | | | | State of Florida Corporate Records for Lazo To Go, Inc. |
| GX 26 | | | | | State of Florida Corporate Records for Quality Adult Transportation, Inc. |
| *Intentionally left blank -- Reserved* | | | | | |
| GX 40 | | | | | R&S Community Mental Health, Inc. – BankUnited, N.A. account X3426 |
| GX 40A | | | | | R&S Community Mental Health, Inc. – Check to Santiago Borges Jr. dated June 18, 2010 |
| GX 40B | | | | | R&S Community Mental Health, Inc. – Check to Erik X. Alonso dated July 16, 2010 |
| GX 41 | | | | | R&S Community Mental Health, Inc. – Eastern National Bank account X6406 |
| GX 42 | | | | | R&S Community Mental Health, Inc. – JP Morgan Chase Bank, N.A. account X5649 |
| GX 43 | | | | | R&S Community Mental Health, Inc. – Wachovia Bank, N.A. account X7108 |
| *Intentionally left blank -- Reserved* | | | | | |
| GX 60 | | | | | St. Theresa Community Mental Health Center, Inc. – Bank of America, N.A. account X8645 |
| GX 61 | | | | | St. Theresa Community Mental Health Center, Inc. – JP Morgan Chase Bank, N.A. account X5754 |
| GX 62 | | | | | St. Theresa Community Mental Health Center, Inc. – JP Morgan Chase Bank, N.A. (previously Washington Mutual Bank, FA) account X2134 |
| *Intentionally left blank – Reserved* | | | | | |
| GX 80 | | | | | New Day Community Mental Health Center, LLC – Regions Bank accounts X3638, X1163 |
| *Intentionally left blank – Reserved* | | | | | |
| GX 100 | | | | | Transportation Services Providers, Inc. – Eastern National Bank account X1806 |
| GX 100A | | | | | Transportation Services Providers, Inc. – Eastern National Bank account X1806 signature card |
| GX 101 | | | | | Transportation Services Providers, Inc. – JP Morgan Chase Bank, N.A. account X8159 |
| GX 101A | | | | | Transportation Services Providers, Inc. – JP Morgan Chase Bank, N.A. account X8159 signature card |
| GX 101B | | | | | Transportation Services Providers, Inc. – Checks to KOD Business Corp from JP Morgan Chase Bank, N.A. account X8159 |
| GX 101C | | | | | Transportation Services Providers, Inc. – Check to KOD Business Corp dated June 18, 2010 |
| GX 101D | | | | | Transportation Services Providers, Inc. – Check to KOD Business Corp dated July 7, 2010 |

| | | | | | |
|---|---|---|---|---|---|
| **GX 101E** | | | | | Transportation Services Providers, Inc. – Checks to Lazo to Go from JP Morgan Chase Bank, N.A. account X8159 |
| **GX 101F** | | | | | Transportation Services Providers, Inc. – Checks to Quality Adult Transportation from JP Morgan Chase Bank, N.A. account X8159 |
| **GX 102** | | | | | Transportation Services Providers, Inc. – Wachovia Bank, N.A. accounts X7894, X7386 |
| **GX 102A** | | | | | Transportation Services Providers, Inc. – Wachovia Bank, N.A. accounts X7894, X7386 signature cards |
| **GX 102B** | | | | | Transportation Services Providers, Inc. – Checks to KOD Business Corp from Wachovia Bank, N.A. account X7386 |
| **GX 102C** | | | | | Transportation Services Providers, Inc. – Checks to KOD Business Corp from Wachovia Bank, N.A. account X7894 |
| **GX 102D** | | | | | Transportation Services Providers, Inc. – Checks to Lazo To Go from Wachovia Bank, N.A. account X7894 |
| **GX 102E** | | | | | Transportation Services Providers, Inc. – Checks to Quality Adult Transportation from Wachovia Bank, N.A. account X7386 |
| **GX 102F** | | | | | Transportation Services Providers, Inc. – Checks to Quality Adult Transportation from Wachovia Bank, N.A. account X7894 |
| **GX 103** | | | | | Transportation Services Providers, Inc. – Wachovia Bank, N.A. accounts X8603 |
| **GX 104** | | | | | Examples of Multiple Checks from Transportation Services Providers to Osnier Pupo/KOD Business on the Same Days |
| | | | | | *Intentionally left blank – Reserved* |
| **GX 120** | | | | | KOD Business, Corp – Washington Mutual Bank, N.A. accounts X2815, X5422 |
| | | | | | *Intentionally left blank – Reserved* |
| **GX 130** | | | | | Summary Chart: R&S Community Mental Health – Medicare Claims |
| **GX 131** | | | | | Summary Chart: St. Theresa Community Mental Health Center – Medicare Claims |
| **GX 132** | | | | | Summary Chart: New Day Community Mental Health Center – Medicare Claims |
| **GX 133** | | | | | Summary Chart: R&S Community Mental Health – Bank Deposits |
| **GX 134** | | | | | Summary Chart: St. Theresa Community Mental Health Center – Bank Deposits |
| **GX 135** | | | | | Summary Chart: New Day Community Mental Health Center – Bank Deposits |
| **GX 136** | | | | | Summary Chart: Transportation Services Providers, Inc. – Bank Deposits – Total |

| | | | | | |
|---|---|---|---|---|---|
| **GX 137** | | | | | Summary Chart: Transportation Services Providers, Inc. – Bank Deposits – By Clinic |
| **GX 138** | | | | | Summary Chart: Transportation Services Providers, Inc. – Bank Deposits – By Month |
| **GX 139** | | | | | Summary Chart: Transportation Services Providers, Inc. – Bank Deposits – By Year |
| **GX 140** | | | | | Summary Chart: Payments from Transportation Services Providers to Osnier Pupo |
| **GX 141** | | | | | Summary Chart: Multiple Checks from Transportation Services Providers to Osnier Pupo/KOD Business on the Same Day |
| **GX 142** | | | | | Summary Chart: Payments from Transportation Services Providers to Elsa Lazo |
| **GX 143** | | | | | Summary Chart: Payments from Transportation Services Providers to Arminda Reyes |
| **GX 144** | | | | | Summary Chart: Payments to Damian Mayol |
| | | | | | *Intentionally left blank – Reserved* |
| **GX 150** | | | | | Patient file for G.A. |
| **GX 151** | | | | | Patient file for E.B. |
| **GX 152** | | | | | Patient file for T.B. |
| **GX 153** | | | | | Patient file for L.C. |
| **GX 154** | | | | | Patient file for E.D. |
| **GX 155** | | | | | Patient file for F.D. |
| **GX 156** | | | | | Patient file for D.D. |
| **GX 157** | | | | | Patient file for A.F. |
| **GX 158** | | | | | Patient file for M.F. |
| **GX 159** | | | | | Patient file for P.M. |
| **GX 160** | | | | | Patient file for M.M. |
| **GX 161** | | | | | Patient file for D.M. |
| **GX 162** | | | | | Patient file for E.M. |

| | | | | | |
|---|---|---|---|---|---|
| **GX 163** | | | | | Example Group Therapy Notes |