# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    v.                                  **GOVERNMENT WITNESS LIST**

DAMIAN MAYOL                        CASE NUMBER: 15-CR-20383-UNGARO

| PRESIDING JUDGE | GOVERNMENT ATTORNEYS | DEFENDANT'S ATTORNEY |
|---|---|---|
| Honorable Ursula Ungaro | A. Brendan Stewart, Timothy Loper | Saam Zangeneh |
| TRIAL DATE | COURT REPORTER | COURTROOM DEPUTY |
| January 4, 2016 | William Romanishin | Kathryn B. Harlan |

1. Erik Alonso
2. Santiago Borges
3. SA Michael Finnerty, FBI
4. Elsa Lazo
5. Lourdes Mora
6. Melissa Parks, Myers & Stauffer, LC
7. Osnier Pupo
8. Stephen Quindoza, IntegriGuard LLC