U.S. Department of Justice
*United States Attorneys*

# United States District Court
# for the Southern District of Florida

NO. 15-CR-20383-UNGARO

UNITED STATES OF AMERICA

Elsa Lazo, 06907-104

v.

Santiago Borges, et al.

## PETITION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM

The United States of America, by its United States Attorney, shows to the Court:

1. The above entitled case is set for _____Trial_____ on __January 4, 2016 @ 9:00 AM__ at 400 N. Miami Ave., Miami, FL 33128.

2. ____Elsa Lazo, 06907-104____, a material witness for the United States in this case, is now confined in ____Federal Detention Center - Miami____ at 33 NE 4th Street, Miami, FL 33132.

3. It is necessary to have this witness before this Court for the purpose of testifying on behalf of the United States at Federal Courthouse, 400 N. Miami Ave., Miami, FL 33128.

WHEREFORE, this petitioner prays that this Honorable court issue a writ of habeas corpus ad testificandum, directing any United States Marshal to proceed to the aforesaid penal institution and there take into custody the body of the said ____Elsa Lazo, 06907-104____ and have the subject before the Court at the time and place above specified, then and there to testify as aforesaid; and upon completion of all testimony to return the witness to the custody of the Warden of the aforesaid penal institution; and also directing the Warden to deliver the witness into the custody of any United States Marshal for this purpose.

WIFREDO A. FERRER
UNITED STATES ATTORNEY

By: _____ *for B.S.*
Brendan Stewart DOJ Trial Attorney

cc: U.S. Attorney ( Brendan Stewart, DOJ Trial Attorney )