IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-CR-20383-UU

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DAMIAN MAYOL,

    Defendant.

_____/

## DEFENSE EXHIBIT LIST

| PRESIDING JUDGE | GOVERNMENT ATTORNEYS | DEFENDANT'S ATTORNEY |
|---|---|---|
| HONORABLE URSULA UNGARO | A. BRENDAN STEWART<br>TIMOTHY LOPER | SAAM ZANGENEH |

| TRIAL DATE | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| JANUARY 4, 2016 | TAMRA PIDERIT | KATHRYN B. HARLAN |

| GOV. NO. | DEF. NO. | DATE OFFERED | MARKED | DATE ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
|  | 1 |  |  |  | Check to Osnier Pupo |
|  | 2 |  |  |  | Contract with R&S and KOD |