UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

vs.

DAMIAN MAYOL,    CASE NO. 15-CR-20383-UNGARO

    Defendant.
_____/

## VERDICT

We, the jury, unanimously find as follows as to the Defendant, **Damian Mayol**:

As to **Count 2** of the Indictment:  __X__ GUILTY   _____ NOT GUILTY

If you voted Guilty as to Count 2, please mark what offense or offenses you unanimously find the Defendant committed:

Defraud the United States  _____

Pay Health Care Kickbacks  __X__

As to **Count 3** of the Indictment: _____ GUILTY   __X__ NOT GUILTY

As to **Count 4** of the Indictment: _____ GUILTY   __X__ NOT GUILTY

SO SAY WE ALL at Miami, Florida: