*Orig. Revised Final*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

v.

DAMIAN MAYOL

**GOVERNMENT EXHIBIT LIST**

CASE NUMBER: 15-CR-20383-UNGARO

| PRESIDING JUDGE | | | | | GOVERNMENT ATTORNEYS | DEFENDANT'S ATTORNEY |
|---|---|---|---|---|---|---|
| Honorable Ursula Ungaro | | | | | A. Brendan Stewart, Timothy Loper | Saam Zangeneh |
| TRIAL DATE | | | | | COURT REPORTER | COURTROOM DEPUTY |
| January 4, 2016 | | | | | Tamra Piderit | Kathryn B. Harlan |
| GOV. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS | |
| GX 1 | | | | 1/4 | R&S Community Mental Health, Inc. – Medicare Form 855A Enrollment / Change of Ownership Filing | |
| GX 2 | | | | '' | St. Theresa Community Mental Health Center, Inc. – Medicare Form 855A Enrollment / Change of Ownership Filing | |
| GX 3 | | | | '' | New Day Community Mental Health Center, LLC – Medicare Form 855A Enrollment / Change of Ownership Filing | |
| GX 4 | | | | '' | R&S Community Mental Health, Inc. – Medicare claims records | |
| GX 5 | | | | '' | St. Theresa Community Mental Health Center, Inc. – Medicare claims records | |
| GX 6 | | | | '' | New Day Community Mental Health Center, LLC – Medicare claims records | |
| *Intentionally left blank -- Reserved* | | | | | | |
| GX 20 | | | | '' | State of Florida Corporate Records for R&S Community Mental Health, Inc. | |
| GX 21 | | | | 1/4 | State of Florida Corporate Records for St. Theresa Community Mental Health Center, Inc. | |
| GX 22 | | | | 1/4 | State of Florida Corporate Records for New Day Community Mental Health Center, LLC | |
| GX 23 | | | | 1/4 | State of Florida Corporate Records for Transportation Services Providers, Inc. | |
| GX 24 | | | | 1/4 | State of Florida Corporate Records for KOD Business, Corp | |

1

| GX | | | | | | Description |
|---|---|---|---|---|---|---|
| GX 25 | | | | 1/4 | 1/4 | State of Florida Corporate Records for Lazo To Go, Inc. |
| GX 26 | | | | 1/4 | 1/4 | State of Florida Corporate Records for Quality Adult Transportation, Inc. |
| | | | | *Intentionally left blank -- Reserved* | | |
| GX 40 | | | | 1/4 | " | R&S Community Mental Health, Inc. – BankUnited, N.A. account X3426 |
| GX 40A | | | | " | " | R&S Community Mental Health, Inc. – Check to Santiago Borges Jr. dated June 18, 2010 |
| GX 40B | | | | " | " | R&S Community Mental Health, Inc. – Check to Erik X. Alonso dated July 16, 2010 |
| GX 41 | | | | " | " | R&S Community Mental Health, Inc. – Eastern National Bank account X6406 |
| GX 42 | | | | " | " | R&S Community Mental Health, Inc. – JP Morgan Chase Bank, N.A. account X5649 |
| GX 43 | | | | " | " | R&S Community Mental Health, Inc. – Wachovia Bank, N.A. account X7108 |
| | | | | *Intentionally left blank -- Reserved* | | |
| GX 60 | | | | | 1/4 | St. Theresa Community Mental Health Center, Inc. – Bank of America, N.A. account X8645 |
| GX 61 | | | | | 1/4 | St. Theresa Community Mental Health Center, Inc. – JP Morgan Chase Bank, N.A. account X5754 |
| GX 62 | | | | | 1/4 | St. Theresa Community Mental Health Center, Inc. – JP Morgan Chase Bank, N.A. (previously Washington Mutual Bank, FA) account X2134 |
| | | | | *Intentionally left blank – Reserved* | | |
| GX 80 | | | | | 1/4 | New Day Community Mental Health Center, LLC – Regions Bank accounts X3638, X1163 |
| | | | | *Intentionally left blank – Reserved* | | |
| GX 100 | | | | | 1/4 | Transportation Services Providers, Inc. – Eastern National Bank account X1806 |
| GX 100A | | | | | " | Transportation Services Providers, Inc. – Eastern National Bank account X1806 signature card |
| GX 100B | | | | | 1/5 | Transportation Services Providers, Inc. – Check to Osnier Pupo dated February 5, 2008 |
| GX 101 | | | | | " | Transportation Services Providers, Inc. – JP Morgan Chase Bank, N.A./Washington Mutual account X8159 |
| GX 101A | | | | | " | Transportation Services Providers, Inc. – JP Morgan Chase Bank, N.A./Washington Mutual account X8159 signature card |
| GX 101B | | | | | " | Transportation Services Providers, Inc. – Checks to KOD Business Corp from JP Morgan Chase Bank, N.A. /Washington Mutual account X8159 |

| GX | | | | | | |
|---|---|---|---|---|---|---|
| GX 101C | | | | | 1/4 | Transportation Services Providers, Inc. – Check to KOD Business Corp dated June 18, 2010 |
| GX 101D | | | | | " | Transportation Services Providers, Inc. – Check to KOD Business Corp dated July 7, 2010 |
| GX 101E | | | | | " | Transportation Services Providers, Inc. – Checks to Lazo to Go from JP Morgan Chase Bank, N.A./Washington Mutual account X8159 |
| GX 101F | | | | | " | Transportation Services Providers, Inc. – Checks to Quality Adult Transportation from JP Morgan Chase Bank, N.A./Washington Mutual account X8159 |
| GX 102 | | | | | " | Transportation Services Providers, Inc. – Wachovia Bank, N.A. accounts X7894, X7386 |
| GX 102A | | | | | " | Transportation Services Providers, Inc. – Wachovia Bank, N.A. accounts X7894, X7386 signature cards |
| GX 102B | | | | | " | Transportation Services Providers, Inc. – Checks to KOD Business Corp from Wachovia Bank, N.A. account X7386 |
| GX 102C | | | | | " | Transportation Services Providers, Inc. – Checks to KOD Business Corp from Wachovia Bank, N.A. account X7894 |
| GX 102D | | | | | " | Transportation Services Providers, Inc. – Checks to Lazo To Go from Wachovia Bank, N.A. account X7894 |
| GX 102E | | | | | " | Transportation Services Providers, Inc. – Checks to Quality Adult Transportation from Wachovia Bank, N.A. account X7386 |
| GX 102F | | | | | " | Transportation Services Providers, Inc. – Checks to Quality Adult Transportation from Wachovia Bank, N.A. account X7894 |
| GX 102G | | | | | " | Transportation Services Providers, Inc. – Check to KOD Business Corp. dated November 18, 2008 |
| GX 103 | | | | | 1/6 | Checks to Damian Mayol from R&S, St. Theresa, and Transportation Services Providers bank accounts |
| GX 104 | | | | | " | Examples of Multiple Checks from Transportation Services Providers to Osnier Pupo/KOD Business on the Same Days |
| GX 105 | | | | | 1/6 | Checks to Margarita Diaz from R&S, St. Theresa, and Transportation Services Providers bank accounts |
| GX 106 | | | | | 1/6 | Set One of Checks to Alina Hernandez from Transportation Services Providers bank accounts |
| GX 107 | | | | | 1/6 | Set Two of Checks to Alina Hernandez from Transportation Services Providers bank accounts |
| | | | | | | *Intentionally left blank – Reserved* |
| GX 120 | | | | | 1/5 | KOD Business, Corp – Washington Mutual Bank, N.A. accounts X2815, X5422 |
| GX 120A | | | | | | *Intentionally left blank - Reserved* |

3

| | | | | | | |
|---|---|---|---|---|---|---|
| GX 120B | | | | | 1/5 | KOD Business Corp. – Washington Mutual Bank, N.A. account X5422 signature card |
| | | | | *Intentionally left blank – Reserved* | | |
| GX 130 | | | | 1/6 | 1/6 | Summary Chart: R&S Community Mental Health – Medicare Claims |
| GX 131 | | | | 1. | 1. | Summary Chart: St. Theresa Community Mental Health Center – Medicare Claims |
| GX 132 | | | | 1. | 1. | Summary Chart: New Day Community Mental Health Center – Medicare Claims |
| GX 133 | | | | 1. | 1. | Summary Chart: R&S Community Mental Health – Bank Deposits |
| GX 134 | | | | 1. | 1. | Summary Chart: St. Theresa Community Mental Health Center – Bank Deposits |
| GX 135 | | | | 1. | 1. | Summary Chart: New Day Community Mental Health Center – Bank Deposits |
| GX 136 | | | | 1. | 1. | Summary Chart: Transportation Services Providers, Inc. – Bank Deposits – Total |
| GX 137 | | | | 1. | 1. | Summary Chart: Transportation Services Providers, Inc. – Bank Deposits – By Clinic |
| GX 138 | | | | 1. | 1. | Summary Chart: Transportation Services Providers, Inc. – Bank Deposits – By Month |
| GX 139 | | | | 1. | 1. | Summary Chart: Transportation Services Providers, Inc. – Bank Deposits – By Year |
| GX 140 | | | | 1. | 1. | Summary Chart: Payments from Transportation Services Providers to Osnier Pupo |
| GX 141 | | | | 1. | 1. | Summary Chart: Multiple Checks from Transportation Services Providers to Osnier Pupo/KOD Business on the Same Day |
| GX 142 | | | | 1. | 1. | Summary Chart: Payments from Transportation Services Providers to Elsa Lazo |
| GX 143 | | | | 1. | 1. | Summary Chart: Payments from Transportation Services Providers to Arminda Reyes |
| GX 144 | | | | 1. | 1. | Summary Chart: Payments to Damian Mayol |
| | | | | *Intentionally left blank – Reserved* | | |
| GX 150 | | | | | 1/5 | Patient file for G.A. |
| GX 151 | | | | | 1. | Patient file for E.B. |
| GX 152 | | | | | 1. | Patient file for T.B. |
| GX 153 | | | | | 1. | Patient file for L.C. |
| GX 154 | | | | | 1. | Patient file for E.D. |

4

| | | | | | | |
|---|---|---|---|---|---|---|
| GX 155 | | | | | 1/5 | Patient file for F.D. |
| GX 156 | | | | | '' | Patient file for D.D. |
| GX 157 | | | | | '' | Patient file for A.F. |
| GX 158 | | | | | '' | Patient file for M.F. |
| GX 159 | | | | | '' | Patient file for P.M. |
| GX 160 | | | | | '' | Patient file for M.M. |
| GX 161 | | | | | '' | Patient file for D.M. |
| GX 162 | | | | | '' | Patient file for E.M. |
| GX 163 | | | | | '' | Example Group Therapy Notes |
| | | | | | | *Intentionally left blank- Reserved* |
| GX 170 | | | | | 1/5 | Patient lists – KOD Business Corp. |
| GX 171 | | | | | 1/6 | Patient lists – Lazo to Go |
| | | | | | | *Intentionally left blank - Reserved* |
| GX 180 | | | | | 1/6 | Undated contract between Transportation Services Providers and KOD Business, Corp |

Defense Exhibits
1. Check 1355 EASTERN Nat'l          Adm'd 1/5
2. R+S and KOD Contract 1/8/2008     Adm'd 1/6