COURTROOM MINUTES

Case Number: 15-20383-CR-UU.

Style: USA @ Damian Mayol

The following dates were set by the transferring judge prior to the transfer to District Judge Kathleen M. Williams:

Status Conference: ~~_____~~

Discovery Cut-Off: ~~_____~~

Motion Cut-Off: _____

Pretrial Conference: ① Deft placed on electronic

Calendar Call: monitoring — only

Jury/Bench Trial: exception ~~out of~~ is

Other Dates Set: for work

② Jury Notes Attached

Referred to ~~Mediation? (Civil only)   YES   NO~~

Is/are case or motions ~~referred to a Magistrate Judge?   YES   NO~~

If yes, name of the Magistrate Judge: _____

Other Pertinent Information: Exhibits Returned to parties

_____          _____
AUSA                                Deft Cst

WE

HAVE

REACHED

A VERDICT

DURING THE TRIAL Kelley
THERE WERE SEVERAL
CHECKS ~~SHOWED~~ SHOWED
AS BEING PAID
TO K.O.D.
WHY WERE THESE
TWO SPECIFIC CHECKS
THE BASIS FOR
COUNTS 3 AND 4

Mr. Kelley

WHY COUNTS

3 AND 4

ARE BASED

SPECIFICALLY

ON EXIBITS

GX 101C

GX 101D

As jurors, you are asked to decide the charges and only the charges contained in the indictment. In this regard, I direct your attention to Page 19 of the instructions, second paragraph, as well as all the other instructions you have been given.

Judge Ungaro

We do not understand your question. Can you please clarify it?

*[signature]*